UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DYNAMIC DRYWALL INC., | ) | Bankruptcy Court Case No. 14-11131-REN |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DYNAMIC DRYWALL INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:15-cv-01229-JTM |
| | ) | |
| v. | ) | Bankruptcy Adv. Proc. No. 15-05005 |
| | ) | Reference Withdrawn |
| MCPHERSON CONTRACTORS, INC. | ) | |
| AND FIDELITY AND DEPOSIT | ) | |
| COMPANY OF MARYLAND, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION TO EXTEND DISCOVERY AND LITIGATION DEADLINES

COMES NOW Dynamic Drywall Inc. ("Plaintiff" or "DDI"), and for its Motion to Extend Discovery and Litigation Deadlines ("Motion"), states as follows:

1. The Complaint was filed on January 9, 2015.

2. The Bankruptcy Court entered a Scheduling Order on June 3, 2015.

3. The District Court withdrew the reference to the Bankruptcy Court on August 11, 2015.

4. Defendant McPherson Contractors, Inc. ("McPherson") served its Second Request for Production of Documents to Plaintiff ("Second Request") on or about July 14, 2015.

5. Per agreement with counsel for Defendant, the extension deadline on the Second Request was extended to August 27, 2015 and a motion for extension was filed with the bankruptcy court on or around August 27, 2015.

6. Plaintiff has recently engaged new counsel and, due to preparation of recent filings in the main bankruptcy case, has been delayed in arriving at a decision on the proper response in the adversary proceeding dealing with McPherson.  In addition, Plaintiff's counsel has discussed with Defendant's counsel that additional time would be beneficial to discuss settlement of the adversary proceeding or other resolution.

7. An approximately 75-day additional period of time to respond to the Second Request would be beneficial to resolving the adversary proceeding.  Therefore, the parties agree that the deadline to respond to the Second Request be extended to November 30, 2015.

8. In addition, the parties agree that the litigation deadlines set forth in the original scheduling order should be amended as follows to allow for the settlement period discussed above:

A. Expert disclosures under Rule 26(a)(2) shall be due from Plaintiff to Defendant by November 11, 2015.  Expert disclosures under Rule 26(a)(2) shall be due from Defendant to Plaintiff by December 16, 2015.

B. All pretrial discovery will be completed by February 3, 2016.

C. All dispositive motions shall be filed by March 4, 2016.

D. Plaintiff shall prepare and submit the Pretrial Order not later than February 24, 2016.

E. Final lists of witnesses and exhibits under Fed. R. Civ. Pro. 26(a)(3) shall be submitted with the Pretrial Order.

F. Any motion for leave to join additional parties or to otherwise amend the pleadings shall be filed by November 13, 2015.

G. The Court will set the matter for a Final Pretrial Conference after

submission of the Pretrial Order.

  H. This case will be ready for trial no later than April 22, 2016 and is expected to take three (3) days of trial time.

  I. The "claw back" provisions recited at ¶12 of the Report of Parties' Planning Conference (Dkt. 34) filed in the bankruptcy adversary proceeding on April 23, 2015 are adopted herein by reference as if set forth in full.

  9. Counsel for Plaintiff has consulted with counsel for Defendant McPherson on this extension request, who had no opposition to the request.

WHEREFORE, Plaintiff respectfully requests this Court's order granting an extension of the response deadline on McPherson Contractors, Inc.'s Second Request for Production of Documents to Plaintiff up to and including November 30, 2015; extending the other discovery and litigation deadlines as set forth above; and for such other relief as is just and proper.

Respectfully Submitted:

*s/ Jeffrey A. Deines*
Jeffrey A. Deines, KS #20249
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Fax
jdeines@lcdlaw.com
Attorney for Reorganized Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2015, a true and correct copy of the above and foregoing Motion was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

s/ Jeffrey A. Deines
Jeffrey A. Deines